### A92A0174. SMITH v. THE STATE.
(413 SE2d 229)

POPE, Judge.

This case involves an appeal from an order revoking probation. Because no application for discretionary appeal was filed as required by OCGA § 5-6-35 (a) (5), the appeal must be dismissed for lack of jurisdiction. See *Scriven v. State*, 179 Ga. App. 513 (346 SE2d 906) (1986).

*Appeal dismissed. Carley, P. J., and Judge Arnold Shulman concur.*

DECIDED NOVEMBER 21, 1991.
Appeal dismissal. Clarke Superior Court. Before Judge Gaines.
*Richard L. Dickson*, for appellant.
*Harry N. Gordon, District Attorney*, for appellee.